## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                           **CHAPTER 7 NO.**
**Cailton Shaffer, III**                          **16-00680-npo**

### MOTION TO EXTEND AUTOMATIC STAY

COMES NOW the debtor Cailton Shaffer III, by and through his attorney, and files this Motion to Extend Automatic Stay as to all his Creditors and in support of this motion would show the following,

(1)     That the debtors' Chapter 13 case number 15-00456 was dismissed on September 10, 2015

(2)     That the debtor filed this Chapter 7 case number 16-00680 on February 29, 2016

(3)     That the debtors' previous Chapter 13 case was dismissed for failure to make Chapter 13 plan payments

(4)     That the debtors has filed this bankruptcy case in good faith.

(5)     See debtors Declaration in Support of Said Motion.

(6)     That the debtors request that the court enter an order extending the automatic stay as to all their Creditors.

Wherefore Premises Considered, the debtor requests that the automatic stay be extended as to their debts with all their Creditors.

> Respectfully Submitted,
> Cailton Shaffer,III
> By: /s/ Robert Rex McRaney, Jr.
>        Robert Rex McRaney, Jr.
>        Attorney for Debtor

Robert Rex McRaney, Jr.
McRANEY & McRANEY
Attorneys at Law
P.O. Drawer 1397
Clinton, MS 39060
Telephone No: 601-924-5961
Mississippi State Bar No. 2808

## CERTIFICATE OF SERVICE

I, Robert Rex McRaney, Jr. do Hereby certify that I have this day mailed, postage pre-paid a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration in Support of Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. §362(C)(3) to the following:

U.S. TRUSTEE                                  Stephen Smith
501 East Court Street                         1855 Crane Ridge Dr
Suite 6-430                                   Ste D
Jackson, MS 39201                             Jackson, MS 39216

ALL CREDITORS LISTED ON MATRIX

Dated this the 4th day of March, 2016

/s/Robert Rex McRaney, Jr.
Robert Rex McRaney, Jr.

Robert Rex McRaney, Jr.
McRANEY & McRANEY
Attorneys at Law
P.O. Drawer 1397
Clinton, MS 39060
Telephone No: 601-924-5961
Mississippi State Bar No. 2808

Label Matrix for local noticing
0538-3
Case 16-00680-NPO
Southern District of Mississippi
Jackson-3 Divisional Office
Fri Mar  4 13:19:13 CST 2016

U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225-2448

Bank Plus
385 A Highland Colony
Suite 110
Ridgeland MS 39157-6040

BellSouth Telecommunic
c/o AT&T Serv, Inc
Karen Cavagnaro, Paral
One AT&T Way, Rm 3A104
Bedminster NJ 07921-2693

Consumer Portfolio
P O Box 57071
Irvine CA 92619-7071

IRS
PO Box 7346
Philadelphia PA 19101-7346

IRS
US Attorney
501 East Court Street
Suite 4.430
Jackson MS 39201-5025

MDHS
PO BOx 352
Jackson MS 39205-0352

MS Dept of Revenue
PO Box 22808
Jackson MS 39225-2808

Mutual Credit Union
2086 South Frontage Rd
Vicksburg MS 39180-5265

Perferred Credit Inc
PO Box 1970
Saint Cloud MN 56302-1970

Progressive Insurance
P O Box 43258
Richmond Heig OH 44143-0258

Regions
P O Box 681
Birmingham AL 35201-0681

Santander Consumer USA
8585 N Stemmons FWY
Ste 1000
Dallas TX 75247-3822

Santander Consumer USA
The Sundmaker Firm,LLC
336 Lafayette St
Ste 301
New Orleans LA 70130-3265

Tanada Gray
2231 Hwy 433
Benton MS 39039

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5028

Cailton N Shaffer III
PO Box 684
Bentonia, MS 39040-0684

Robert Rex McRaney Jr.
PO Drawer 1397
Clinton, MS 39060-1397

Stephen Smith
1855 Crane Ridge Drive
Suite D
Jackson, MS 39216-4944

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Tower Loan
c/o Hon John Tucker
PO Box 320001
Flowood MS 39232

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20