IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
*Jackson Division*

| | |
|---|---|
| IN THE MATTER OF:<br>Cailton N Shaffer, II | CHAPTER 13:<br>15-02980-npo |
| Harold J Barkley, Jr.<br>P.O. Box 4476<br>Jackson, MS 39296 | US Trustee<br>501 E Court St<br>Suite 6-430<br>Jackson, Mississippi 39201 |

**ALL CREDITORS LISTED ON MATRIX**

## NOTICE OF MODIFICATION

**YOU ARE HEREBY NOTIFIED** that the above named debtor, Cailton N Shaffer, II, has filed with the Bankruptcy Court a Modified Chapter 13 Plan.

**YOU ARE FURTHER NOTIFIED** that any objections to this Modification should be filed, by written pleading, with the Court, with a copy to the Trustee, within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the Plan as Modified.

Respectfully submitted,

Cailton N Shaffer, II

By: /s/ Robert Rex McRaney, Jr.
Robert Rex McRaney, Jr.
Attorney for debtor

**Robert Rex McRaney, Jr.**
McRANEY & McRANEY
Attorneys at Law
503 Springridge Road
Post Office Drawer 1397
Clinton, Mississippi 39060
Telephone No. 601-924-5961
Mississippi State Bar No. 2808

## CERTIFICATE OF SERVICE

I, Robert Rex McRaney, Jr., hereby certify that I have this day, mailed, postage prepaid, a true and correct copy of the above and foregoing Motion to the following:

Harold J Barkley, Jr.
P.O. Box 4476
Jackson, MS  39296

US Trustee
501 E Court St
Suite 6-430
Jackson, Mississippi 39201

**ALL CREDITORS LISTED ON MATRIX**

Dated this the 9th day of May, 2016.

/s/ Robert Rex McRaney, Jr.
Robert Rex McRaney, Jr.

**Robert Rex McRaney, Jr.**
McRANEY & McRANEY
Attorneys at Law
503 Springridge Road
Post Office Drawer 1397
Clinton, Mississippi 39060
Telephone No. 601-924-5961
Mississippi State Bar No. 2808

```
Label Matrix for local noticing        U.S. Bankruptcy Court                  Bank Plus
0538-3                                  501 East Court Street, Suite 2.300    385 A Highland Colony
Case 16-00680-NPO                       P.O. Box 2448                          Suite 110
Southern District of Mississippi        Jackson, MS 39225-2448                 Ridgeland MS 39157-6040
Jackson-3 Divisional Office
Mon May  9 09:49:55 CDT 2016

BellSouth Telecommunic                  Consumer Portfolio                     Department of the Treasury
c/o AT&T Serv, Inc                      P O Box 57071                          Internal Revenue Service
Karen Cavagnaro, Paral                  Irvine CA 92619-7071                   PO Box 7346
One AT&T Way, Rm 3A104                                                         Philadelphia PA 19101-7346
Bedminster NJ 07921-2693

IRS                                     MDHS                                   MS Dept of Revenue
US Attorney                             PO BOx 352                             PO Box 22808
501 East Court Street                   Jackson MS 39205-0352                  Jackson MS 39225-2808
Suite 4.430
Jackson MS 39201-5025

Mutual Credit Union                     Perferred Credit Inc                   Progressive Insurance
2086 South Frontage Rd                  PO Box 1970                            P O Box 43258
Vicksburg MS 39180-5265                 Saint Cloud MN 56302-1970              Richmond Heig OH 44143-0258


Regions                                 Santander Consumer USA                 Santander Consumer USA
P O Box 681                             8585 N Stemmons FWY                    The Sundmaker Firm,LLC
Birmingham AL 35201-0681                Ste 1000                               336 Lafayette St
                                        Dallas TX 75247-3822                   Ste 301
                                                                               New Orleans LA 70130-3265

Tanada Gray                             Tower Loan of Mississippi, LLC         United States Trustee
2231 Hwy 433                            c/o Hon John Tucker                    501 East Court Street
Benton MS 39039                         P.O. Box 320001                        Suite 6-430
                                        Flowood MS 39232-0001                  Jackson, MS 39201-5028


Cailton N Shaffer III                   Harold J. Barkley Tl Jr.               Robert Rex McRaney Jr.
PO Box 684                              P.O. Box 4476                          PO Drawer 1397
Bentonia, MS 39040-0684                 Jackson, MS 39296-4476                 Clinton, MS 39060-1397



End of Label Matrix
Mailable recipients     20
Bypassed recipients      0
Total                   20
```