---

**SO ORDERED,**

Judge Neil P. Olack
**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: May 12, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **CAILTON N. SHAFFER, III**                    **CASE NO. 15-00680-NPO**

    **DEBTOR.**                                   **CHAPTER 13**

### ORDER CHANGING STYLE OF PETITION

    **THIS CAUSE** having come before the Court on the Motion to Amend Petition (Dkt. #34) filed in the above, seeking to correct the style of the debtor's name from Cailton N. Shaffer, III to Cailton N. Shaffer, II as it was incorrectly listed on the petition, and the Court having considered same and otherwise being fully advised in the premises, finds that said Motion should be granted.

    **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the style of this case should be, and it hereby is, changed from Cailton N. Shaffer, III to Cailton N. Shaffer, II.

    **IT IS FURTHER ORDERED** that the attorney for the debtor, Robert Rex McRaney, Jr., shall serve a copy of this order on all parties in interest within fourteen (14) days of the entry of this order and contemporaneously shall file a certificate of service with the clerk of this court.

##END OF ORDER##